THOMAS J. CONLAN, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

Reported below, 74 Hun, 115.
(Argued January 24, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 6, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*F. L. Westbrook* for appellant.

*G. D. B. Hasbrouck* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

CHARLES H. JENKINS, Respondent, *v.* HENRY ROGERS, Appellant.

Mem. of decision below, 73 Hun, 615.
(Argued January 27, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 13, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*S. W. Rosendale* for appellant.

*Thomas B. Odell* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.